HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARK THREET

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00258 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| vs. | |
| MARK THREET, | Date:   June 15, 2015 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Sheila K. Oberto |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, PATRICK R. DELAHUNTY, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for defendant, MARK THREET, that the status conference hearing currently set for May 18, 2015, **may be continued to June 15, 2015**.

Plea negotiations are ongoing and the requested continuance is necessary to allow additional time to reach a resolution.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 12, 2015        By */s/ Patrick R. Delahunty*
                              PATRICK R. DELAHUNTY
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 12, 2015        By */s/ Janet Bateman*
                              JANET BATEMAN
                              Assistant Federal Defender
                              Attorneys for Defendant
                              Mark Threet

**O R D E R**

IT IS ORDERED that the status conference hearing presently scheduled for Monday, May 18, 2015, at 1:00 p.m. be vacated and rescheduled for Monday, June 15, 2015, at 1:00 p.m. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **May 14, 2015**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE